IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BONNIE ANTHONY )
)
   Plaintiff )
)
vs. ) CASE NO.: 8:07cv00188-T23MSS
)
WOLPOFF & ABRAMSON, L.L.P. )
)
   Defendant )

## MOTION TO AMEND COMPLAINT TO REFLECT PROPER NAME OF DEFENDANT

Your Defendant, Wolpoff & Abramson, L.L.P., pursuant to Rule 15, Fed.R.Civ.P., moves to amend the Complaint of this matter to reflect the proper name of the Defendant and as grounds states as follows:

1. Suit has been brought in the name of Wolpoff & Abramson Recovery Services Corporation, a registered Maryland corporation having a principal business in Frederick, Maryland. (Exhibit 1).

2. Wolpoff & Abramson, L.L.P. is a law firm limited liability partnership having a principal office in Rockville, Maryland. (Exhibit 2).

3. Plaintiff's Exhibits A and B reflect that the proper Defendant is Wolpoff & Abramson, L.L.P., and not Wolpoff & Abramson Recovery Services Corporation.

WHEREFORE, your Defendant prays that the Complaint in this matter be amended to reflect the proper name of the Defendant as Wolpoff & Abramson, L.L.P.

Respectfully submitted,

/s/ Dale T. Golden
DALE T. GOLDEN, ESQUIRE
**THE PRESTON LAW FIRM, L.L.P.**
100 North Tampa, Suite 1975
Tampa, Florida 33602
813-275-0404 (p)
813-275-0304 (f)
dgolden@prestonlawfirm.com
**Attorneys for Defendant**
*Wolpoff and Abramson Recovery Services Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically with the Clerk of the Federal District Court, Middle District of Florida, and the Clerk has made the necessary distribution to the interested parties, this 5th day of March 2007.

/s/ Dale T. Golden
DALE T. GOLDEN, ESQUIRE